

# THE THIRTEENTH COURT OF APPEALS

13-16-00099-CV

First Cash, Ltd.
v.
JQ-Parkdale, LLC, H&JQ PD, LLC, W-SB Staples/SPID, LLC, R-SB Staples/SPID, LLC, Parkdale Income Partners, LP, and Capital Area Retail Development II, Inc.

On appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 10-3675-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 11, 2018